## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MARQUIS SMITH**                                                                                           **PLAINTIFF**

**v.**                                          **Case No**. **4:20-cv-00946 KGB**

**UNITED PARCEL SERVICE, INC.**                                                          **DEFENDANT**

## <u>ORDER</u>

Before the Court is plaintiff Marquis Smith and defendant United Parcel Service, Inc.'s ("UPS") joint status report and motion for continuance of trial and pre-trial deadlines (Dkt. No. 15). Under the Court's initial scheduling order, this case is currently set for jury trial the week of October 25, 2021 (Dkt. No. 7). Counsel for UPS states that one member of the UPS trial team has a conflict with the October 25, 2021, trial date (*Id*.). The parties also state that they have scheduled mediation on September 13, 2021, in a good faith attempt to reach a resolution of the matter (*Id*., ¶ 2). The parties request that the Court extend the trial setting and pre-trial deadlines (*Id*.). For good cause shown, the Court grants the parties motion for continuance of trial and pre-trial deadlines (*Id.*). The Court will reset this matter for trial by separate order and will issue a final scheduling order that resets all unexpired pretrial deadlines.

So ordered this 30th day of August, 2021.

_____
Kristine G. Baker
United States District Judge