IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARQUIS SMITH**                                                                           **PLAINTIFF**

v.                                      Case No. **4:20-cv-00946 KGB**

**UNITED PARCEL SERVICE, INC.**                                    **DEFENDANT**

## ORDER

Before the Court is plaintiff Marquis Smith and defendant United Parcel Service, Inc.'s ("UPS") joint stipulation of dismissal with prejudice (Dkt. No. 20). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice. The Court denies as moot the pending motion for summary judgment (Dkt. No. 17).

So ordered this 24th day of September, 2021.

_____
Kristine G. Baker
United States District Judge